**Order entered March 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01309-CV

**MCS MINERALS, LTD., ET AL., Appellants**

**V.**

**PLAINS EXPLORATION & PRODUCTION COMPANY, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-15627**

## ORDER

The Court has before it appellee's February 27, 2013 unopposed motion for leave to file a reply brief in support of its cross-point. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to file the reply brief tendered by appellee on February 27, 2013 as of the date of this order.

/s/     ELIZABETH LANG-MIERS
        JUSTICE